Fully Insured    (I.D. No. 73-110-2600)    24 Hr. Service

# Jimmy Chatham Dozer Service, Inc.

Owner: Jimmy R. Chatham

P.O. Box 878 — HEALDTON, OKLAHOMA 73438 — PHONE (580) 229-1267

Invoice Number    18520606      DATE:    06/14/2006

**BILL TO:**

BAYS EXPLORATION
% LYNDELL SHEBESTER
P.O. BOX 612
MAYSVILLE, OK 73057

JOB Brinlee Ann Marie #1      ATTN

| DESCRIPTION | UNITS | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| **TICKET #8904** Remove old fence corners dill holes & cement post for new corners | 12.00 hrs | $80.00 | $960.00 |
| Backhoe & Auger Tractor | | | |
| Cement | | | $45.00 |
| | | | |
| **TICKET #8905** Brace H post wire up barb wire. Set 2 tinhorns | 8.00 hrs | $80.00 | $640.00 |
| Welder & Backhoe | | | $480.00 |
| 2 - 12" tinhorns | | | |
| | | | $49,750.00 |
| **TICKET #8906** Construct road & location as per bid | | | |

PAID
AUG 2 - 2006
#54885

*Pit to be dug at later date
*Gates to be hung at a later date

150 20/
73730 - 621054

$51,875.00

TOTAL INVOICE

EXHIBIT 8

CONBAYS 028778

**FULLY INSURED** • ID NO. 1102600 • 24 HOUR SERVICE

# Jimmy Chatham Dozers, Inc.
Phone 580-229-1267  P. O. Box 878
Healdton, Oklahoma 73438

Date: 13 JUNE, 2006

| Hours | Rate |
|---|---|
|   |   |
|   |   |

Driver Time: _____

Company: BAYS EXPLORATION
Job: BRENLEE ANN MARIE #1

Equipment Used: _____

Description of Work Done

CONSTRUCT ROAD & LOCATION AS PER BID.
(* Pit to be dug at later date)

BID COST $49,750.⁰⁰

* Gates to be hung @ later date.

8906

SPREKELMEYER-ARDMORE-#51080

CONBAYS 028781

BAYS EXPLORATION, INC.  
101 PARK AVENUE, SUITE 900  
OKLAHOMA CITY, OKLAHOMA 73102

BANK OF OKLAHOMA, N.A.  
OKLAHOMA CITY, OMA  
054885

PAY ***51875*Dollars*And*00*Cents***

DATE: 08/02/2006  
AMOUNT: $***51,875.00

TO THE ORDER OF:  
JIMMY  
JIMMY CHATHAM DOZER SERV  
PO BOX 878  
HEALDTON, OK 73438

VOID AFTER 90 DAYS

⑅054885⑅ ⑉103000130⑉ 814129524⑅

---

BAYS EXPLORATION, INC.                      054885

VENDOR: JIMMY JIMMY CHATHAM DOZE    DATE: 08/02/2006 TOTAL: $51,875.00

| INVOICE | AMOUNT PAID | DISCOUNT | BACKUP W/H | TAX W/H |
|---|---|---|---|---|
| 18520606 | 51,875.00 | 0.00 | 0.00 | 0.00 |

CONBAYS 028782

- FULLY INSURED   • I D NO 1102600   • 24 HOUR SERVICE

# Jimmy Chatham Dozers, Inc.
Phone 580-229-1267   P. O. Box 878
Healdton, Oklahoma 73438

Date 5-18-, 20 06

Driver Time B Jones
A Jones

Company Bay's Exploration
Job BRINLEE ANN MAREE #1
Equipment Used: Backhoe Auger Tractor

| Hours | Rate |
|---|---|
| 12 | 80⁰⁰ |
| | |
| | |
| | 960⁰⁰ |

Description of Work Done

Remove old Fence Corners
drill holes + Cement Post
for New Corners

Labor 960
Cement 45
$ 1005

8904

CONBAYS 028779

• FULLY INSURED  • ID NO. 1102600  • 24 HOUR SERVICE

# Jimmy Chatham Dozers, Inc.
Phone 580-229-1267   P. O. Box 878
Healdton, Oklahoma 73438

Date 5-23- , 20 06

Driver Time B Jones
A Jones

Company Bay's Exploration

Job BRINDEE ANN MARIE #1

Equipment Used: Welder Backhoe

Description of Work Done

| Hours | Rate |
|---|---|
| 8 | 80⁰⁰ |
| | 640— |

Brace H Post. Wire up
Barb wire. Set 2 Tin horns

2 - 12" Tin horn 24' @ 10.00 ft.
480.00
640.00

$ 1120.00

8905

SPREKELMEYER-ARDMORE-#51090

CONBAYS 028780